No. 84-748. GREEN v. TEXAS. Ct. Crim. App. Tex.;
No. 84-5774. WILCHER v. MISSISSIPPI. Sup. Ct. Miss.;
No. 84-5856. GRANDISON v. MARYLAND. Ct. App. Md.;
No. 84-5877. KNAPP v. ARIZONA. Super. Ct. Ariz., Maricopa County;
No. 84-6041. SAMPLE v. TENNESSEE. Sup. Ct. Tenn.;
No. 84-6093. MCKAY v. TENNESSEE. Sup. Ct. Tenn.;
No. 84-6043. JACKSON v. ALABAMA. Sup. Ct. Ala.; and
No. 84-6091. JOHNS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

---

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.